IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| David Oppenheimer, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | Case No. 1:23-cv-04216 |
| Communication Zone, Inc., American Marketing ) | |
| & Publishing, LLC, Richard C. Wasmund, and ) | |
| John B. Kaprales, ) | |
| ) | |
| Defendants. ) | |

**ENTRY OF APPEARANCE**

NOW COMES MICHAEL T. KOKAL and YU MA of HEYL, ROYSTER, VOELKER & ALLEN, and hereby enters an appearance as lead counsel on behalf of the Defendants Communication Zone, Inc., Richard C. Wasmund, and John B. Kaprales, in the above-captioned matter, and hereby states that he has been admitted to practice in the United States District Court, Northern District of Illinois, and that he is a member in good standing of the bar of this Court.

    Communication Zone, Inc., Richard C.
    Wasmund, and John B. Kaprales Defendants,


    BY:_____s/ Michael T. Kokal_____
    HEYL, ROYSTER, VOELKER & ALLEN
    Michael T. Kokal, ARDC #: 6211329


    Communication Zone, Inc., Richard C.
    Wasmund, and John B. Kaprales Defendants


    BY:_____s/ Yu Ma_____
    HEYL, ROYSTER, VOELKER & ALLEN
    Yu Ma, ARDC #: 6341339

1997-58 MTK

HEYL, ROYSTER, VOELKER & ALLEN, P.C.
3731 Wabash Avenue
Springfield, IL 62711
Telephone  217.522.8822, ext. 2212
Facsimile  309.420.0420
Primary Email: sprecf@heylroyster.com
Secondary Email #1: mkokal@heylroyster.com
Secondary Email #2: nstevens@heylroyster.com

### CERTIFICATE OF FILING AND PROOF OF SERVICE

I certify that on September 11, 2023, at approximately 5:00 p.m., I electronically filed and transmitted the foregoing **Entry of Appearance** with the United States District Court for the Northern District of Illinois, Eastern Division.

I further certify that the individuals named below have been served by transmitting a copy from my e-mail address to all primary and secondary e-mail addresses of record designated by those individuals on .

**Ilya G. Zlatkin**
**Zlatkin Wong LLP**
**4245 North Knox Avenue**
**Chicago, IL 60641**
ilya@zlatkinwong.com

 Under penalties as provided by law, I certify that the statements set forth in this **Certificate of Filing and Proof of Service** are true and correct, except as to matters therein stated to be on information and belief and as to such matters I certify as aforesaid that I verily believe the same to be true.

                                                                           /s/ N. Stevens