**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | |
|---|---|
| David Oppenheimer, ) <br> ) <br>    Plaintiff, ) <br> ) <br> v. ) <br> ) <br> Communication Zone, Inc., American Marketing ) <br> & Publishing, LLC, Richard C. Wasmund, and ) <br> John B. Kaprales, ) <br> ) <br>    Defendants. ) | Case No. 1:23-cv-04216 |

**COMMUNICATION ZONE'S NOTIFICATION PURSUANT TO LOCAL RULE 3.2
REGARDING AFFILIATES**

Defendants, Communication Zone, Inc., by their attorneys, Michael T. Kokal and Yu Ma of Heyl, Royster, Voelker & Allen, P.C., and for its notice and compliance with local rule 3.2 list the following affiliates:

   I.       Affiliates:     John B. Kaprales.

                                                             Communication Zone, Inc., Richard C.
                                                            Wasmund, and John B. Kaprales Defendants,

                                                            BY:_____s/ Michael T. Kokal_____
                                                               HEYL, ROYSTER, VOELKER & ALLEN
                                                               Michael T. Kokal, ARDC #: 6211329

                                                               Communication Zone, Inc., Richard C.
                                                               Wasmund, and John B. Kaprales Defendants

                                                            BY:_____s/ Yu Ma_____
                                                               HEYL, ROYSTER, VOELKER & ALLEN
                                                              Yu Ma, ARDC #: 6341339

HEYL, ROYSTER, VOELKER & ALLEN
3731 Wabash Avenue
Springfield, IL 62711
Telephone  217.522.8822
Facsimile  309.420.0402
Primary Email: sprecf@heylroyster.com
Secondary Email #1: mkokal@heylroyster.com
Secondary Email #2: nstevens@heylroyster.com

**CERTIFICATE OF FILING AND PROOF OF SERVICE**

I certify that on September 15, 2023, at approximately 5:00 p.m., I electronically filed and transmitted the foregoing **COMMUNICATION ZONE'S NOTIFICATION PURSUANT TO LOCAL RULE 3.2 REGARDING AFFILIATES** with the United States District Court for the Northern District of Illinois, Eastern Division.

I further certify that the individuals named below have been served by transmitting a copy from my e-mail address to all primary and secondary e-mail addresses of record designated by those individuals on September 8, 2023.

**Ilya G. Zlatkin**
**Zlatkin Wong LLP**
**4245 North Knox Avenue**
**Chicago, IL 60641**
**ilya@zlatkinwong.com**

 Under penalties as provided by law, I certify that the statements set forth in this **Certificate of Filing and Proof of Service** are true and correct, except as to matters therein stated to be on information and belief and as to such matters I certify as aforesaid that I verily believe the same to be true.

                                                                /s/ Michael T. Kokal