## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

David Gordon Oppenheimer

                        Plaintiff,

v.                                                       Case No.: 1:23−cv−04216
                                                         Honorable Joan B. Gottschall

Communication Zone, Inc., et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, September 20, 2023:

      MINUTE entry before the Honorable Joan B. Gottschall: The parties' deadline [5] of 9/6/2023 to file a joint initial status report has come and gone, and no such status report has been filed. On 9/8/2023, defendants Richard C. Wasmund, John B. Kaprales, and Communication Zone, Inc., filed a Fed. R. Civ. P. 68 offer [7] of judgment. The parties are directed to file a joint initial status report on or before 9/25/2023. Mailed notice (ags)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.