IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| David Gordon Oppenheimer, | )<br>) |
| Plaintiff, | )<br>) Case No: 1:23-cv-04216 |
| v. | )<br>) Dist. Judge Joan B. Gottschall |
| Communication Zone, Inc., American Marketing & Publishing, LLC, Richard C. Wasmund, and John B. Kaprales, | )<br>) Mag. Judge Maria Valdez<br>)<br>)<br>) |
| Defendants. | ) |

**PLAINTIFF'S STATUS REPORT**

Plaintiff, David Gordon Oppenheimer ("Oppenheimer" or "Plaintiff"), submits this Status Report. Due to a combination of technical issues and delays stemming solely from Plaintiff's counsel, an earlier joint status report was not filed in this case. Plaintiff requests a short extension of the deadline until **September 29, 2023**, to file a joint status report. A draft of a proposed joint status report in compliance with the Court's case management procedures has been forwarded to representatives for all Defendants in this case, but Defendants require a reasonable amount of time to review and propose revisions to such draft joint status report. In the meantime, Plaintiff states as follows:

1. The attorney of record for Oppenheimer is Ilya G. Zlatkin of Zlatkin Cann Entertainment. The attorney of record for Defendants Communication Zone, Inc. ("Comm Zone"), Richard C. Wasmund ("Wasmund"), and John B. Kaprales ("Kaprales") is Michael T. Kokal of Heyl, Royster, Voelker & Allen, P.C. The CEO and founder of Defendant American Marketing & Publishing, LLC ("AMP"), Abram Adrzejewski, is an attorney licensed in the State of Illinois, and will represent AMP until further notice.

2. The Court has subject matter jurisdiction over this case pursuant to 28 U.S.C. §§ 1331 and 1338(a).

3. The revised joint status report will include an agreed-upon summary of the parties' respective positions in this case.

4. As of the date of this report, Comm Zone, Wasmund, and Kaprales have agreed to waive service of process. AMP has also indicated a willingness to waive service of process. Plaintiff expects to file signed waivers of service of process by all Defendants by the end of the week of the date of this status report.

5. The revised joint status report will include a summary of negotiations to date, as approved by all parties.

6. The revised joint status report will include a proposed discovery schedule, in compliance with the Court's case management procedures.

7. Plaintiff has demanded a jury trial.

8. The revised joint status report will include a proposed date for the next status report in this case, as well as the parties' position with respect to the potential referral of this case to the Magistrate Judge.

Dated: September 26, 2023

Respectfully submitted,

DAVID GORDON OPPENHEIMER

By: ___/s/ Ilya G. Zlatkin_____
ZLATKIN CANN ENTERTAINMENT
4245 North Knox Avenue
Chicago, Illinois 60641
Tel: (312) 809-8022
ilya@zce.law

*Attorney for Plaintiff*