# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

David Gordon Oppenheimer

                     Plaintiff,

v.                                        Case No.: 1:23−cv−04216

                                                     Honorable Joan B. Gottschall

Communication Zone, Inc., et al.

                     Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, September 27, 2023:

       MINUTE entry before the Honorable Joan B. Gottschall: Plaintiff's request, made in his status report [11] filed 9/26/2023, for a one−week extension of the parties' deadline to file a discovery plan is granted. The parties' proposed discovery plan is due on or before 10/4/2023. Mailed notice(mjc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.