IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| David Gordon Oppenheimer, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> Communication Zone, Inc., American Marketing ) <br> & Publishing, LLC, Richard C. Wasmund, and ) <br> John B. Kaprales, ) <br> ) <br> Defendants. ) <br> ) | Case No. 1:23-cv-04216 <br><br> Dist. Judge Joan B. Gottschall <br><br> Mag. Judge Maria Valdez |

## RULE 4 WAIVER OF THE SERVICE OF SUMMONS

To: Ilya G. Zlatkin, Attorney for Plaintiff David G. Oppenheimer, Zlatkin Cann Entertainment, 4245 N. Knox Ave., Chicago, Illinois 60641, via First Class Mail.

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from September 25, 2023, the date when this request was sent. If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date  9/25/23

*(Signature of the attorney or unrepresented party)*

ABRAM ANDRZEJEWSKI
(Printed name of Signatory)

American Marketing + Publishing, LLC
(Party Name, if Different from Signatory)

915 E. Lincoln Hwy
(Address) DeKalb IL 60115

abe@ampcorporate.com
(E-mail address)

815-787-6097
(Telephone number)