IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| David Gordon Oppenheimer, | )<br>) |
| Plaintiff, | )<br>) Case No: 1:23-cv-04216 |
| v. | )<br>) Dist. Judge Joan B. Gottschall |
| Communication Zone, Inc., American Marketing & Publishing, LLC, Richard C. Wasmund, and John B. Kaprales, | )<br>) Mag. Judge Maria Valdez<br>)<br>)<br>) |
| Defendants. | ) |

**JOINT STATUS REPORT**

Pursuant to the Court's minute entries dated September 20, 2023 [Dkt. 10] and September 27, 2023 [Dkt. 12], Plaintiff, David Gordon Oppenheimer ("Oppenheimer" or "Plaintiff"), and Defendants Communication Zone, Inc. ("Comm Zone"), American Marketing & Publishing, LLC ("AMP"), Richard C. Wasmund ("Wasmund"), and John B. Kaprales ("Kaprales" and, together with Comm Zone, AMP, and Wasmund, collectively, "Defendants") submit this Joint Status Report:

1. The attorney of record for Oppenheimer is Ilya G. Zlatkin of Zlatkin Cann Entertainment. The attorney of record for Comm Zone, Wasmund, and Kaprales is Michael T. Kokal of Heyl, Royster, Voelker & Allen, P.C. The manager of AMP, Abram Adrzejewski, is an attorney (currently inactive) who has agreed to waive service of process. If required to appear, AMP will be engaging outside counsel to represent AMP in the case. Plaintiff and Defendants will determine their respective lead trial attorney(s) at a later date.

2. The Court has subject matter jurisdiction over this case pursuant to 28 U.S.C. §§ 1331 and 1338(a).

3. This case involves use of a photograph of an aerial view of Wrigley Field ("Photograph") without authorization from Plaintiff. Plaintiff claims that Defendants infringed upon Plaintiff's copyrights, including by causing the incorporation of the Photograph into a webpage marketing Comm Zone's business ("Webpage"). In the alternative against Comm Zone, Wasmund, and Kaprales, Plaintiff alleges that such defendants vicariously and/or contributorily infringed upon Plaintiff's copyrights. Plaintiff further alleges that Defendants violated 17 U.S.C. § 1202(b), when Defendants and/or their agents knowingly removed Plaintiff's copyright management information ("CMI") and subsequently reproduced the Photograph without Plaintiff's CMI.

Comm Zone, Wasmund, and Kaprales deny that they are liable to Plaintiff on any of these grounds and that to the extent that they technically infringed on Plaintiff's copyright, the nature of the infringement would qualify as "innocent infringement." Comm Zone, Wasmund, and Kaprales also assert the affirmative defenses contained in their answer.

AMP believes that, to the extent that it has technically infringed upon Plaintiff's copyright, the nature of AMP's infringement would qualify as "innocent infringement." Specifically, AMP asserts that Comm Zone provided the Photograph to AMP to post online during the performance of AMP's services for the benefit of Comm Zone. The terms of service that AMP requires its clients (including Comm Zone) to accept include representations that all materials provided by clients do not infringe upon any third party's rights. If Comm Zone's provision of the Photograph for publication by AMP violated Plaintiff's rights, then AMP asserts that it could not have reasonably taken any further steps to avoid infringing upon Plaintiff's rights, and so AMP's infringement was therefore innocent.

Plaintiff denies that any of the affirmative defenses cited by Defendants serve to excuse any Defendants' alleged conduct.

4. As of the date of this report, all Defendants have agreed to waive service of process. Plaintiff has filed executed waivers of service for all Defendants. [Dkts. 13–16].

5. Prior to the filing of this litigation, the insurance provider for Comm Zone refused to engage in any meaningful negotiations with Plaintiff. As a result of the filing of this litigation, negotiations between Plaintiff's counsel and counsel for Comm Zone, Wasmund, and Kaprales, has begun. On September 11, 2023, Comm Zone, Wasmund, and Kaprales filed an offer of judgment ("Offer of Judgment"). Plaintiff rejects the Offer of Judgment but anticipates that there will be at least some movement in the negotiations as a result of the Offer of Judgment. In addition, there had been more substantive settlement discussions with AMP prior to the initiation of litigation, and Plaintiff expects for settlement negotiations with AMP to resume as a result of the more recent participation in settlement discussions by Comm Zone, Wasmund, and Kaprales.

6. Though counsel for the parties have been in touch, no formal initial Rule 26(f) conference has occurred yet. It is anticipated that this case will entail some written discovery as well as a handful of depositions. The parties propose the following schedule:

| Event | Deadline |
|---|---|
| Rule 26(f) Conference | October 17, 2023 |
| Service of Initial Rule 26 disclosures | October 31, 2023 |
| Joining Parties | December 15, 2023 |
| Amending Pleadings | February 16, 2024 |
| Completion of Written Discovery | April 12, 2024 |
| Completion of Oral Fact Discovery | June 21, 2024 |
| Completion of Expert Report(s) | August 23, 2024 |
| Motions Relating to Discovery | September 20, 2024 |
| Dispositive Motions | October 25, 2024 |

The parties understand that the Court will enter a scheduling order under Rule 16(b)(1), and that the Court will modify any such schedule "only for good cause." *See* Fed. R. Civ. P. 16(b)(4).

7. Plaintiff has demanded a jury trial. The estimated length of a jury trial would be two days.

8. The parties do not consent to proceed before the Magistrate Judge for all purposes at this time.

9. The parties propose for the next status report to be due by November 21, 2023.

Dated: October 3, 2023

Respectfully submitted,

| | |
|---|---|
| DAVID GORDON OPPENHEIMER<br><br>By: /s/ Ilya G. Zlatkin<br>ZLATKIN CANN ENTERTAINMENT<br>4245 North Knox Avenue<br>Chicago, Illinois 60641<br>Tel: (312) 809-8022<br>ilya@zce.law<br><br>*Attorney for Plaintiff David Oppenheimer* | COMMUNICATION ZONE, INC., RICHARD C. WASMUND, and JOHN B. KAPRALES<br><br>By: Michael T. Kokal<br>HEYL, ROYSTER, VOELKER, & ALLEN P.C.<br>3731 Wabash Avenue<br>Springfield, Illinois 62711<br>Tel: (217) 391-0917<br>mkokal@heylroyster.com<br><br>*Attorney for Defendants Communication Zone Inc., Richard C. Wasmund, and John B. Kaprales*<br><br><br>By: Abram A. Andrzejewski<br>Abram A. Andrzejewski<br>915 East Lincoln Highway<br>DeKalb, Illinois 60115<br>Tel: (815) 787-6097<br>abe@ampcorporate.com<br><br>*Founder and CEO of American Marketing & Publishing LLC* |