UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
Eastern Division

David Gordon Oppenheimer
                                Plaintiff,

v.                                                                          Case No.: 1:23−cv−04216
                                                                                      Honorable Joan B. Gottschall

Communication Zone, Inc., et al.
                                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, October 5, 2023:

      MINUTE entry before the Honorable Joan B. Gottschall: Enter the parties' proposed discovery schedule [17] under Fed. R. Civ. P. 16(b). Defendant American Marketing & Publishing LLC ("AMP") is advised that a corporation does not enjoy the right to represent itself in federal court. See Rowland v. Cal. Men's Colony, 506 U.S. 194, 201−02 (1993); In re IFC Credit Corp., 663 F.3d 315, 318 (7th Cir. 2011) (citations omitted). AMP must be represented by an attorney who is authorized to practice before this court. However, since from what the court can determine, the parties are engaged in informal negotiations, Mr. Abram A. Andrzejewski, the CEO of AMP, is given leave to file an appearance for himself, which will ensure that he receives court communications, until November 24, 2023, by which time AMP's answer is due and by which time it must retain counsel if it wishes to appear in this litigation. A status report is due on or before December 8, 2023. Mailed notice(mjc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.