**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

David Oppenheimer,    )
    )
    Plaintiff,    )
    )
    v.    )
    )    Case No. 1:23-cv-04216
Communication Zone, Inc., American Marketing    )
& Publishing, LLC, Richard C. Wasmund, and    )
John B. Kaprales,    )
    )
    Defendants.    )

## RULE 68 OFFER OF JUDGMENT

Defendants, Communication Zone, Inc., Richard C. Wasmund, and John B. Kaprales, by their attorney, Michael T. Kokal and Yu Ma of Heyl, Royster, Voelker & Allen, P.C., pursuant to Rule 68 of the Federal Rules of Civil Procedure (FED. R. CIV. P. 68), makes an offer of Judgment in the above-captioned matter as follows:

Pursuant to FED. R. CIV. P. 68, Communication Zone, Inc. American Marketing & Publishing, LLC, Richard C. Wasmund, and John B. Kaprales, hereby offer to have judgment entered against them and in favor of David Oppenheimer in the amount of SEVEN THOUSAND FIVE HUNDRED DOLLARS AND ZERO CENTS ($7,500.00).  This Offer constitutes full payment for all claims alleged in the Complaint by Plaintiff against Defendants.

Any judgment entered in connection therewith is not to be construed as an admission of liability or to have any preclusive, *res judicata*, or collateral estoppel effects in this or subsequent litigation between these parties or other parties, and nothing contained in the Offer, or any

judgment entered in connection therewith may be used in any way for any purpose, as evidence

or otherwise, in any action or proceeding against Defendants in any forum.

Communication Zone, Inc., Richard C.
Wasmund, and John B. Kaprales Defendants,


BY:_____s/ Michael T. Kokal_____
HEYL, ROYSTER, VOELKER & ALLEN
Michael T. Kokal, ARDC #: 6211329


Communication Zone, Inc., Richard C.
Wasmund, and John B. Kaprales Defendants


BY:_____s/ Yu Ma_____
HEYL, ROYSTER, VOELKER & ALLEN
Yu Ma, ARDC #: 6341339


HEYL, ROYSTER, VOELKER & ALLEN
3731 Wabash Avenue
Springfield, IL 62711
Telephone  217.522.8822
Facsimile  309.420.0402
Primary Email: sprecf@heylroyster.com
Secondary Email #1: mkokal@heylroyster.com
Secondary Email #2: nstevens@heylroyster.com

## CERTIFICATE OF FILING AND PROOF OF SERVICE

I certify that on October 10, 2023, at approximately 5:00 p.m., I electronically filed and transmitted the foregoing **Offer of Judgment** with the United States District Court for the Northern District of Illinois, Eastern Division.

I further certify that the individuals named below have been served by transmitting a copy from my e-mail address to all primary and secondary e-mail addresses of record designated by those individuals on October 10, 2023.

**Ilya G. Zlatkin**
**Zlatkin Wong LLP**
**4245 North Knox Avenue**
**Chicago, IL 60641**
**ilya@zlatkinwong.com**

Under penalties as provided by law, I certify that the statements set forth in this **Certificate of Filing and Proof of Service** are true and correct, except as to matters therein stated to be on information and belief and as to such matters I certify as aforesaid that I verily believe the same to be true.

/s/ N. Stevens