## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| David Gordon Oppenheimer, | ) |
| Plaintiff, | ) Case No: 1:23-cv-04216 |
| v. | ) Dist. Judge Joan B. Gottschall |
| Communication Zone, Inc., American Marketing & Publishing, LLC, Richard C. Wasmund, and John B. Kaprales, | ) Mag. Judge Maria Valdez |
| Defendants. | ) |

## CERTIFICATE OF SERVICE OF PLAINTIFF'S INITIAL DISCLOSURES

Plaintiff, David Gordon Oppenheimer, through counsel, hereby provides notice that Plaintiff, through counsel, served Plaintiff's Initial Disclosures Pursuant to Federal Rule of Civil Procedure 26(a)(1) upon Defendants Communication Zone, Inc., Richard C. Wasmund, and John B. Kaprales on October 31, 2023, by electronic delivery to Michael T. Kokal, counsel for such defendants, at MKokal@heylroyster.com.

Dated: October 31, 2023

Respectfully submitted,

DAVID GORDON OPPENHEIMER

By: /s/ Ilya G. Zlatkin
ZLATKIN CANN ENTERTAINMENT
4245 North Knox Avenue
Chicago, Illinois 60641
Tel: (312) 809-8022
ilya@zce.law

*Attorney for Plaintiff David Oppenheimer*