# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

David Gordon Oppenheimer

                              Plaintiff,

v.                                                           Case No.: 1:23−cv−04216
                                                                      Honorable Joan B. Gottschall

Communication Zone, Inc., et al.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, November 2, 2023:

      MINUTE entry before the Honorable Joan B. Gottschall: Counsel are reminded that discovery materials must not be filed on the docket unless and until they are being used in a court proceeding. Fed. R. Civ. P. 5(d)(1)(A); accord N.D. Ill. LR 26.3. The Fed. R. Civ. P. 26(a)(1) disclosures and certificate of service (doc nos. [21] and [22]) filed on 10/31/2023 are stricken. Mailed notice(mjc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.