**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | |
|---|---|
| David Gordon Oppenheimer, | )<br>) |
| Plaintiff, | )<br>) Case No: 1:23-cv-04216 |
| v. | )<br>) Dist. Judge Joan B. Gottschall |
| Communication Zone, Inc., American Marketing & Publishing, LLC, Richard C. Wasmund, and John B. Kaprales, | )<br>) Mag. Judge Maria Valdez<br>)<br>)<br>) |
| Defendants. | ) |

**Stipulation of Dismissal Without Prejudice**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff David Gordon Oppenheimer ("Plaintiff" or "Oppenheimer") and Defendant American Marketing & Publishing, LLC ("AMP") hereby stipulate and agree to dismiss all claims pending in the instant case <u>against **solely** AMP without prejudice</u>.

Defendants Communication Zone, Inc., Richard C. Wasmund, and John B. Kaprales (collectively, "Other Defendants") are and shall remain defendants in this case, and this Stipulation does not alter or affect any claims against the Other Defendants (or any defenses the Other Defendants may assert).

Any statutes of limitation, statutes of repose, and any other time-related limitations defenses (including laches, waiver, and estoppel) that AMP may have with respect to Oppenheimer's claims against AMP shall be tolled and suspended from June 29, 2023 (the date this case was instituted) until the date that this case is dismissed, with prejudice, or this case is otherwise finally concluded (after the exhaustion of any and all applicable appeals) ("Tolling Period"). This Stipulation shall not revive any claim which has already been barred as of June 29, 2023. Oppenheimer and AMP further stipulate that the time elapsed during the Tolling Period shall

be excluded from the computation of time for purposes of any of the above-referenced defenses that AMP may have related to any claim of Plaintiff (collectively, "Time-Related Defenses"), and Oppenheimer and AMP hereby stipulate that they will not rely upon the passage of time during the Tolling Period to support any of the Time-Related Defenses with respect to any future claims by or between Oppenheimer and AMP. As of the expiration of the Tolling Period, the rights of Oppenheimer, AMP, and their respective successors-in-interest with respect to any claims arising from this case shall resume and be as they were immediately prior to the Tolling Period.

AMP agrees that AMP is not entitled to recover any attorneys' fees from Oppenheimer, including under 17 U.S.C. § 505 and 17 U.S.C. § 1203(b)(5), and AMP hereby waives any claim that AMP is the prevailing party in this case, as may be permitted under the Copyright Act.

Except as otherwise explicitly provided in this Stipulation, Oppenheimer and AMP both reserve all of their respective rights.

Dated: November 27, 2023              Respectfully submitted,

*/s/ Ilya G. Zlatkin*                 */s/ Abram A. Andrzejewski*
Ilya G. Zlatkin                       Abram A. Andrzejewski
ZLATKIN CANN ENTERTAINMENT            AMERICAN MARKETING & PUBLISHING, LLC
4245 North Knox Avenue                915 East Lincoln Hwy
Chicago, IL 60641                     DeKalb, IL 60115
Telephone: (312) 809-8022             Telephone: (815) 787-6097
ilya@zce.law                          abe@ampcorporate.com

*Attorney for Plaintiff,*
*David Gordon Oppenheimer*