UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
Eastern Division

David Gordon Oppenheimer
                              Plaintiff,

v.                                                          Case No.: 1:23−cv−04216
                                                                      Honorable Joan B. Gottschall

Communication Zone, Inc., et al.
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, November 28, 2023:

      MINUTE entry before the Honorable Joan B. Gottschall: Plaintiff and defendant American Marketing & Publishing, LLC ("AMP"), have filed a stipulation [25] of dismissal without prejudice. However, the stipulation has not been "signed by all parties who have appeared," making it ineffective under Fed. R. Civ. P. 41(a)(1). The Seventh Circuit has held that the proper way to drop fewer than all defendants is to amend the complaint. Taylor v. Brown, 787 F.3d 851, 857−58 (7th Cir. 2015) (citing Berthold Types Ltd. v. Adobe Sys. Inc., 242 F.3d 772, 777 (7th Cir. 2001) (other citation omitted)). The court therefore construes plaintiff and AMP's stipulation [25] of dismissal as a motion for leave to file an amended complaint dropping AMP. Any response in opposition to plaintiff and AMP's request for leave to file an amended complaint is due on or before 12/4/2023, after which date the motion will be taken under advisement. If AMP's co−defendants do not oppose AMP's dismissal, they are requested to file promptly a notice of non−opposition. Mailed notice(mjc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.