# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| David Oppenheimer, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | Case No. 1:23-cv-04216 |
| Communication Zone, Inc., American Marketing ) | |
| & Publishing, LLC, Richard C. Wasmund, and ) | |
| John B. Kaprales, ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF NON-OPPOSITION

COMES NOW Defendants, Communication Zone, Inc., Richard C. Wasmund, and John B. Kaprales, by their attorneys, Heyl, Royster, Voelker & Allen, P.C., and for their Notice of Non-Opposition states as follows:

Defendants are responding to docket entry no. 26 directing this Defendant to notify the Court if they do not oppose the dismissal without prejudice of co-Defendant American Marketing & Publishing, LLC ("AMP"). This Defendant has no opposition to the dismissal.

    Communication Zone, Inc., Richard C.
    Wasmund, and John B. Kaprales Defendants,

    BY:    s/ Michael T. Kokal
    HEYL, ROYSTER, VOELKER & ALLEN
    Michael T. Kokal, ARDC #: 6211329

    Communication Zone, Inc., Richard C.
    Wasmund, and John B. Kaprales Defendants

    BY:    s/ Yu Ma
    HEYL, ROYSTER, VOELKER & ALLEN
    Yu Ma, ARDC #: 6341339

HEYL, ROYSTER, VOELKER & ALLEN
3731 Wabash Avenue
Springfield, IL 62711
Telephone  217.522.8822
Facsimile  309.420.0402
Primary Email: sprecf@heylroyster.com
Secondary Email #1: mkokal@heylroyster.com
Secondary Email #2: nstevens@heylroyster.com

**CERTIFICATE OF FILING AND PROOF OF SERVICE**

I certify that on December 4, 2023, at approximately 5:00 p.m., I electronically filed and transmitted the foregoing **Notice of Non-Oppostion** with the United States District Court for the Northern District of Illinois, Eastern Division.

I further certify that the individuals named below have been served by transmitting a copy from my e-mail address to all primary and secondary e-mail addresses of record designated by those individuals on December 4, 2023.

**Ilya G. Zlatkin
Zlatkin Wong LLP
4245 North Knox Avenue
Chicago, IL 60641
ilya@zlatkinwong.com**

 Under penalties as provided by law, I certify that the statements set forth in this **Certificate of Filing and Proof of Service** are true and correct, except as to matters therein stated to be on information and belief and as to such matters I certify as aforesaid that I verily believe the same to be true.

/s/ N. Stevens