**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.7.1.1**
**Eastern Division**

David Gordon Oppenheimer
                       Plaintiff,

v.                                                    Case No.: 1:23−cv−04216
                                                        Honorable Joan B. Gottschall

Communication Zone, Inc., et al.
                       Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, December 6, 2023:

      MINUTE entry before the Honorable Joan B. Gottschall: Upon consideration of the notice [27] of non−opposition file by defendants' Communication Zone, Inc.; Richard C. Wasmund; and John B. Kaprales, plaintiff is granted leave (see doc. No. [26]) to file an amended complaint dropping defendant American Marketing and Publishing, LLC. Plaintiff is instructed to file his amended complaint on or before 12/12/2023. Mailed notice(mjc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.