IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| David Gordon Oppenheimer, | ) |
| Plaintiff, | ) Case No: 1:23-cv-04216 |
| v. | ) Dist. Judge Joan B. Gottschall |
| Communication Zone, Inc., Richard C. Wasmund, and John B. Kaprales, | ) Mag. Judge Maria Valdez |
| Defendants. | ) |

**JOINT STATUS REPORT**

Pursuant to the Court's minute entry dated October 5, 2023 [Dkt. 19], Plaintiff, David Gordon Oppenheimer ("Oppenheimer" or "Plaintiff"), and Defendants Communication Zone, Inc. ("Comm Zone"), Richard C. Wasmund ("Wasmund"), and John B. Kaprales ("Kaprales" and, together with Comm Zone and Wasmund, collectively, "Defendants") submit this Joint Status Report:

1. All of the Defendants have waived service of process. [Dkt. 13 (Comm Zone); Dkt. 14 (Wasmund); Dkt. 15 (Kaprales)].

2. On October 3, 2023, Defendants filed an answer to Plaintiff's original complaint. [Dkt. 18].

3. Based on the substance of Defendants' answer, Plaintiff agreed to dismiss then-defendant American Marketing & Publishing, LLC ("AMP") from the case and filed a Stipulation of Dismissal on November 27, 2023. [*See* Dkt. 25]. The Court construed the Stipulation of Dismissal as a motion to amend the original complaint. [Dkt. 26]. Defendants filed a notice of non-opposition on December 4, 2023. [Dkt. 27].

4. The Court instructed Plaintiff to file an amended complaint dropping AMP from the case by December 12, 2023.

5. Plaintiff intends to file Plaintiff's First Amended Complaint by December 12, 2023.

6. The parties had proposed a discovery schedule in their prior joint status report. [Dkt. 17]. The Court entered the proposed discovery schedule. [Dkt. 19].

7. In accordance with the proposed discovery schedule, the parties conducted their Rule 26(f) conference by October 17, 2023, and served initial Rule 26 disclosures upon each other by October 31, 2023.

8. Defendants have filed multiple offers of judgment in this case under FED. R. CIV. P. 68. The most recent offer of judgment was filed on November 16, 2023. [Dkt. 24]. Plaintiff has not accepted any of the offers of judgment Defendants have filed to date. The parties' settlement discussions are ongoing.

9. The parties believe that court-administered settlement discussions would be conducive to the parties' potential settlement of this case. The parties request that the Court refer this case to the magistrate judge for such proceedings.

10. Depending on the schedule with respect to potential court-administered settlement discussions, it may become necessary for the parties to request amendments to the current discovery schedule.

11. No motions are currently pending.

12. The parties propose February 23, 2024 as the deadline for the next status report.

Dated: December 8, 2023

Respectfully submitted,

| | |
|---|---|
| DAVID GORDON OPPENHEIMER<br><br>By: /s/ Ilya G. Zlatkin<br>ZLATKIN CANN ENTERTAINMENT<br>4245 North Knox Avenue<br>Chicago, Illinois 60641<br>Tel: (312) 809-8022<br>ilya@zce.law<br><br>*Attorney for Plaintiff David Oppenheimer* | COMMUNICATION ZONE, INC., RICHARD C. WASMUND, and JOHN B. KAPRALES<br><br>By: Michael T. Kokal<br>HEYL, ROYSTER, VOELKER, & ALLEN P.C.<br>3731 Wabash Avenue<br>Springfield, Illinois 62711<br>Tel: (217) 391-0917<br>mkokal@heylroyster.com<br><br>*Attorney for Defendants Communication Zone Inc., Richard C. Wasmund, and John B. Kaprales* |