**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1**
**Eastern Division**

David Gordon Oppenheimer
                         Plaintiff,

v.                                         Case No.: 1:23−cv−04216
                                               Honorable Joan B. Gottschall

Communication Zone, Inc., et al.
                         Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, December 19, 2023:

       MINUTE entry before the Honorable Joan B. Gottschall: As requested by the parties in their status report [29] filed 12/8/2023, this case is referred to Judge Valdez for a settlement conference. Because the parties represent that the discovery schedule may need to be adjusted to accommodate the settlement conference, this court also refers discovery supervision to Judge Valdez, who has full authority to adjust discovery deadlines. A further date or deadline will be set before the district judge upon termination of the referral. Mailed notice(mjc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.