UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
Eastern Division

David Gordon Oppenheimer

                Plaintiff,

v.                                        Case No.: 1:23−cv−04216
                                               Honorable Joan B. Gottschall

Communication Zone, Inc., et al.

                Defendant.

## ORDER REFERRING A CIVIL CASE TO THE
## DESIGNATED MAGISTRATE JUDGE

      Pursuant to Local Rule 72.1, this case is hereby referred to the calendar of Honorable Maria Valdez for the purpose of holding proceedings related to: discovery supervision and settlement conference.(mjc, )Mailed notice.

Dated: December 19, 2023

                                                                      /s/ Joan B. Gottschall

                                                                  United States District Judge