IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| DAVID GORDON OPPENHEIMER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.: 1:23-cv-04216 |
| | ) | |
| COMMUNICATION ZONE, INC., | ) | Dist. Judge Joan B. Gottschall |
| AMERICAN MARKETING & PUBLISHING, | ) | |
| LLC, RICHARD C. WASMUND, AND JOHN | ) | Mag. Judge Maria Valdez |
| B. KAPRALES, | ) | |
| | ) | |
| Defendants. | ) | |

**CERTIFICATE OF SERVICE**

The undersigned certifies that on the 23rd day of February, 2024, the foregoing **CERTIFICATE OF SERVICE** has been electronically filed with the Clerk of the Court using the CM/ECF system. I further certify that copies of the following documents were served upon the attorneys of record of all parties to the above cause at their email addresses as disclosed by the pleadings of record:

1. Defendants Communication Zone, INC., Richard C. Wasmund, and John B. Kaprales' First Request to Produce to Plaintiff; and

2. Defendants Communication Zone, INC., Richard C. Wasmund, and John B. Kaprales' First Interrogatories to Plaintiff.

                                                                COMMUNICATION ZONE, INC.,
                                                           RICHARD C. WASMUND, and JOHN B.
                                                               KAPRALES, Defendants

                                                            BY:    */s/ Michael T. Kokal*_____
                                                           HEYL, ROYSTER, VOELKER & ALLEN
                                                              Michael T. Kokal, ARDC 6211329
                                                                    Yu Ma, ARDC 6341339

HEYL, ROYSTER, VOELKER & ALLEN
3731 Wabash Avenue
Springfield, IL 62711
Telephone: 217.522.8822
Facsimile: 309.420.0402
Primary Email: sprecf@heylroyster.com
Secondary Email #1: mkokal@heylroyster.com
Secondary Email #2: yma@heylroyster.com
Secondary Email #3: paxmark@heylroyster.com
Secondary Email #4: hparish@heylroyster.com

**PROOF OF SERVICE**

Ilya G. Zlatkin (ARDC No. 6314344)
ZLATKIN CANN ENTERTAINMENT
4245 North Knox Avenue
Chicago, Illinois 60641
Tel: (312) 809-8022
Fax: (312) 809-6918
ilya@zce.law
*Attorney for Plaintiff David Gordon Oppenheimer*

                                                                   */s/ Michael T. Kokal*

MTK/YXM/hlp
(1997-58) - COS - DFs Roggs _ RTP to PL(44112866.1)