# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| David Gordon Oppenheimer,<br><br>    Plaintiff,<br><br>v.<br><br>Communication Zone, Inc., Richard C. Wasmund, and John B. Kaprales,<br><br>    Defendants. | Case No: 1:23-cv-04216<br><br>Dist. Judge Joan B. Gottschall<br><br>Mag. Judge Maria Valdez |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff David Gordon Oppenheimer, by and through his undersigned counsel, and Defendants Communication Zone, Inc., Richard C. Wasmund, and John B. Kaprales, by and through their undersigned counsel, being all of the parties to this action, jointly stipulate and agree pursuant to Rule 41(a) of the Federal Rules of Civil Procedure that this action, and each and every count and claim asserted therein, be dismissed with prejudice. Each side shall bear their own costs, expenses, and fees, including all attorneys' fees.

Dated: March 26, 2024

| | |
|---|---|
| Respectfully submitted,<br><br>DAVID GORDON OPPENHEIMER<br><br>By: /s/ Ilya G. Zlatkin<br>ZLATKIN CANN ENTERTAINMENT<br>4245 North Knox Avenue<br>Chicago, Illinois 60641<br>Tel: (312) 809-8022<br>ilya@zce.law<br><br>*Attorney for Plaintiff* | COMMUNICATION ZONE, INC., RICHARD C. WASMUND, and JOHN B. KAPRALES<br><br>By: /s/ Michael T. Kokal<br>HEYL, ROYSTER, VOELKER, & ALLEN P.C.<br>3731 Wabash Avenue<br>Springfield, Illinois 62711<br>Tel: (217) 391-0917<br>mkokal@heylroyster.com<br><br>*Attorney for Defendants Communication Zone Inc., Richard C. Wasmund, and John B. Kaprales* |